Decided March 14, 2002

### ANDRE EVANS *v.* COMMISSIONER OF CORRECTION

The petitioner Andre Evans' petition for certification for appeal from the Appellate Court, 68 Conn. App. 903 (AC 22034), is denied.

*Joseph Visone,* special public defender, in support of the petition.

*Melissa L. Streeto,* deputy assistant state's attorney, in opposition.

Decided March 14, 2002